IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JAMES JENNINGS, | : |
| Plaintiff, | : |
| vs. | : 1:05-CV-150(WLS) |
| CYNTHIA NELSON, et al., | : |
| Defendants. | : |

**O R D E R**

On September 25, 2006, plaintiff filed what he has styled as a "Motion for Continuance of Summary Judgment to Permit Discovery." This motion is opposed by defendants who point out that the discovery period earlier established by the court has closed. In an order filed on April 26, 2006, the court established a ninety (90) day discovery period to begin upon the filing of an answer by the defendant(s). The defendants filed their answer herein on June 2, 2006, thus the discovery period ended on August 31, 2006. The court has determined that the plaintiff sought no discovery during the discovery period. While this court has traditionally been somewhat lenient with *pro se* litigants, they are nonetheless charged with the responsibility of adhering to timetables established by the court so that cases can be resolved in an orderly and prompt manner. For this reason plaintiff's motion seeking discovery at this late date is **DENIED.** Any response the plaintiff may wish to file to defendants' motion for summary judgment must be filed on or before Monday, December 18, 2006.

SO ORDERED, this 20th day of November 2006.

*Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE