# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

JAMES JENNINGS,  :
    Plaintiff,  :
v.  :  1:05-CV-150 (WLS)
CYNTHIA NELSON, *et. al.*,  :
    Defendants.  :

## **ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed August 15, 2007. (Doc. 28). It is recommended that Defendants' Motion for Summary Judgment (Doc. 21) be granted. *Id*. No objection has been filed.

Upon review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 28) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendants' Motion for Summary Judgment (Doc. 21) is **GRANTED**.

**SO ORDERED**, this   31st   day of August, 2007.

        /s/W. Louis Sands
        **THE HONORABLE W. LOUIS SANDS,**
        **UNITED STATES DISTRICT JUDGE**